

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-18-2011

# In Re: Ceda Mills Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-3948

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"In Re: Ceda Mills Inc " (2011). *2011 Decisions.* Paper 859.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/859

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-3948
_____

In re: CEDA MILLS, INC., Debtor

Chet Duffy,
                                Appellant

(D.C. Civil No. 2-10-cv-00796)
_____

No. 10-4018
_____

In re: CEDA MILLS, INC.,

                                Appellant

(D.C. Civil No. 2-10-cv-00599)
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Judge: Terrence F. McVerry
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
July 15, 2011


Present: RENDELL, SMITH and ROTH, Circuit Judges


_____ JUDGMENT ORDER_____



1

This is an appeal from the District Court's order dismissing as untimely an appeal taken from an order of the Bankruptcy Court dated April 13, 2010: (a) adopting the recommendation of the United States Trustee and overruling the Debtor's response in opposition, and (b) directing the Debtor to remit surplus funds to minority shareholders. (App 9-10) ("Order").

We find that the matters decided in the Order had not previously been decided by the Bankruptcy Court, and conclude, therefore, that the appeal from the Order was timely.

Accordingly, we vacate the District Court's order dismissing the appeal from the Order, and remand for the District Court to consider the merits of the appeal.

By the Court,

/s/Marjorie O. Rendell
Circuit Judge

Dated:  18 July 2011

2